PASQUALE DE LILLO and BENVENUTA DE LILLO, His Wife, Respondents, v. PETER DE LECCE and LUCREZIA DE LECCE, His Wife, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

ABRAHAM EISENBUD and ADOLPH BROOK, Trading as EISENBUD & BROOK, Respondents, v. CAPITAL CITY SURETY COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

BERNARD S. FORMAN and BENJAMIN MARILL, Respondents, v. DELL HOLDING CORPORATION and JOSEPH MOSS, Appellants.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Owners Abutting on Celtic Avenue Legally Entitled to Damage Caused by the Closing of Celtic Avenue, Otherwise Known as Mott Road and Road to Calvary Cemetery, in the Borough of Queens, City of New York. THE CITY OF NEW YORK and GEORGE P. NICHOLSON, Corporation Counsel, Appellants; IRISH AMERICAN ATHLETIC CLUB, Respondent.— Motion to strike out portions of appellants' brief denied. Motion for reargument granted and case set down for Monday, April eighth, oral argument to be had on the single question of accessibility. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of the Corporate Meeting and Election of Trustees of the WASHINGTON AVENUE BAPTIST CHURCH.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

SAMUEL KAPLAN, Appellant, v. FANNY BLOCH and Others, Respondents.— Motion for extension of time to perfect and argue appeal granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

THOMAS J. KAVANAGH, as Special Guardian, etc., and Others, Respondents, v. BENON BUILDING CORPORATION and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

MARCUS M. MCCULLOUGH, as Trustee in Bankruptcy of FRANK AUDITORE, Bankrupt, Appellant, v. LOUISA AUDITORE, Otherwise Known as LULU AUDITORE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

GIUSEPPA MOSCHILLA, Individually and as Guardian ad Litem of GIUSEPPE